# THE LAW OFFICE OF SAMUEL KARLINER, PLLC
# 60 EAST 42ND STREET: SUITE 1521
# NEW YORK, N.Y. 10165
# (718) 260-9100

August 22, 2022

The Honorable Vincent L. Briccetti
US District Court
Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building
And United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

**Re: Adam DiMaggio 7:22-CR- 289**

Dear Judge Briccetti:

I am writing to you on behalf of my client Adam DiMaggio. His 20 year old daughter De-avion Dalton, about to begin is her second year at SUNY Buffalo on this Monday, August, 29, 2022. It is my client's request that he be allowed to travel to Buffalo on Saturday August 27, 2022 so he can bring her up to school with all of her belongings for the start of her Sophomore year. Mr. DiMaggio has already made this request to Pre-Trial Services; while they have no objection, they are leaving this decision in Your Honors discretion. I have already spoken to AUSA Benjamin Klein regarding this request, and he has informed me that the Government would not oppose this request.

Thank you for your consideration on this matter.

Sincerely,


Samuel Karliner