**THE LAW OFFICE OF SAMUEL KARLINER, PLLC**
**60 EAST 42ND STREET: SUITE 1521**
**NEW YORK, N.Y. 10165**
**(718) 260-9100**

September 16, 2022

The Honorable Vincent L. Briccetti
US District Court
Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building
And United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: **Adam DiMaggio 22-CR-289**

Dear Judge Briccetti,

It is with my most sincere apologies that I ask the court to consider granting an adjournment on this sentencing. When I made my last request, I was recently home from the hospital and in error did not include that I will be out of town for the Jewish holiday of Sukkoth, the week of October 10, 2022 As such I am unavailable on October 13, 2022. If the court schedule allows, I can be available October 6th or 7th, as well as the week of October 17, 2022. Or any other date that is amenable to this court. I have spoken to AUSA Klein about this, and he has no objection to my request.

Thank you for your understanding in scheduling this sentencing

Sincerely

Samuel Karliner

---

APPLICATION GRANTED
SO ORDERED:

_____
Vincent L. Briccetti, U.S.D.J.
Dated: 9/16/22
White Plains, NY

Sentencing adjourned to 11/9/2022 at 11:00 a.m. No further adjournments will be granted. Defendant's sentencing submission due 10/26/22; Gov't's submission due 11/2/22.

9-16-22