## THE LAW OFFICE OF SAMUEL KARLINER, PLLC
### 60 EAST 42ND STREET: SUITE 1521
### NEW YORK, N.Y. 10165
### (718) 260-9100

December 21, 2022

The Honorable Vincent L. Briccetti
US District Court
Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Bu
And United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: **Adam DiMaggio 22-CR-289**

Dear Judge Briccetti,

> **APPLICATION DENIED**
> The surrender date cannot be changed because it will be "easier" for Mr. DiMaggio to surrender on 1/7/2023.  The Bureau of Prisons is expecting him to surrender at USP Lewisburg on Friday, 1/13/2023.  As ordered by the Court, Mr. DiMaggio shall surrender on 1/13/2023 by 2:00 p.m.
> SO ORDERED:
> Vincent L. Briccetti, U.S.D.J.  12/22/2022

I am requesting on behalf or Mr. DiMaggio that his date to surrender to the US Marshal be changed from the original date of January 13, 2022, to January 9, 2022. Mr. DiMaggio has just been notified that he is to surrender at USP Lewisburg in Lewisburg Pennsylvania. For logistical reasons it will be much easier for Mr. DiMaggio and his family to surrender himself on Monday January 7, 2022.

I have spoken to AUSA Klein about this, and he has no objection to my request.

Thank you for your understanding on this matter.

Sincerely,

Samuel Karliner

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/22/22